# EXHIBIT A

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Plaintiff(s)
Attorney ID: 031122001

| | |
|---|---|
| SCOTT J. FREEDMAN, STATUTORY RECEIVER OF DPC NEW YORK, INC., D.P. CONSULTING CORP., DP CONSTRUCTION CORP.<br><br>           Plaintiff<br>vs.<br><br>JP MORGAN CHASE BANK, NA AND WELLS FARGO BANK, NA.<br><br>           Defendants. | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION**<br>**MIDDLESEX COUNTY**<br>**DOCKET NO. L-1676-21**<br><br>**CIVIL ACTION**<br>**SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated: March 19, 2021                                                                 /s/ Michelle M. Smith
                                                                                                       Clerk of the Superior Court

Name of Defendant to Be Served:    Wells Fargo Bank, NA

Address of Defendant to Be Served:    101 North Phillips Avenue, Sioux Falls, SD 57104

**STRAFFI & STRAFFI LLC**
Daniel Straffi, Jr., Esquire (#031122001)
670 Commons Way
Suite I
Toms River, New Jersey 08755
Telephone: (732) 341-3800
Email: bkclient@straffilaw.com
*Conflicts Counsel to Scott J. Freedman, Statutory Receiver*

| | |
|---|---|
| SCOTT J. FREEDMAN, STATUTORY RECEIVER OF DPC NEW YORK, INC., D.P. CONSULTING CORP., DP CONSTRUCTION CORP.<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:<br>MIDDLESEX COUNTY<br><br>DOCKET NO.<br><br>Civil Action<br><br>**COMPLAINT** |

Scott J. Freedman, Statutory Receiver (the "**Receiver**" or the "**Plaintiff**") for the receivership estate (the "**Estate**") of DPC New York, Inc. ("**DPCNY**"), D.P. Consulting Corp. and DP Construction Corp. (collectively, the "**DPC Entities**"), by way of complaint against JP Morgan Chase Bank, N.A. ("**Chase**") and Wells Fargo Bank, N.A. ("**Wells Fargo**"), alleges as follows:

**PARTIES**

1. The Plaintiff is the Statutory Receiver for the DPC Entities, having been duly appointed by an April 24, 2020 *Order Appointing Statutory Receiver Pursuant to N.J.S.A. 14A:14-et seq.* (the "**Appointment Order**") entered in the matter captioned *Provident Bank, N.A. v. DPC New York, Inc., et al.* in the Superior Court of New Jersey, Middlesex County, docket number MID-L-5741-19 (the "**Provident Bank Action**"). The Provident Bank Action is still pending for, among other things, judicial oversight and administration of the Estate.

2. The Receiver maintains his office c/o Dilworth Paxson LLP, 457 Haddonfield Road, Suite 700, Cherry Hill, New Jersey 08002.

3. Pursuant to N.J.S.A. 14A:14, *et seq.* (the "**Receivership Statute**"), the effective date of the Estate is November 12, 2019 (the "**Appointment Date**").

4. Pursuant to the Appointment Order and the Receivership Statute, the Plaintiff has the responsibility of marshalling, liquidating and distributing proceeds from all assets, and the duty and the authority to investigate and pursue all claims and causes of action on behalf, of the Estate.

5. Defendant, JP Morgan Chase Bank, N.A. is a national banking association organized under the laws of the United States, has a main office at 1111 Polaris Parkway, Columbus, Ohio 43240, and is qualified to do business in New Jersey.

6. Defendant, Wells Fargo Bank, N.A. is a national banking association organized under the laws of the United States, has a main office at 101 North Phillips Avenue, Sioux Falls, South Dakota 57104, and is qualified to do business in New Jersey.

## FACTUAL ALLEGATIONS

7. DPCNY was a contractor that provided exterior restoration, roofing and other construction-related services for projects located in New York and New Jersey. DPCNY often functioned as a general contractor and sub-contracted some or all of the project work to other entities.

8. DPCNY was owned, and its business operations and finances were managed directed, and controlled, by Thomas V. Pepe, Sr. ("**Pepe**").

9. Pepe was the president and sole shareholder of DPC.

10. Pepe and/or his wife, Katherine Maurer were also, during all relevant periods, the owner and principals of other business entities including Green Acres of Wantage, LLC (collectively, the "**Other Entities**").

11. During all relevant time periods prior to the Appointment Date, DPCNY owned few assets, the aggregate value of which, based on a fair valuation, was less than the amount of its liabilities.

12. During all relevant periods prior to the Appointment Date, DPCNY was unable to pay obligations as they became due, unable to borrow money from traditional lenders and was otherwise insolvent.

13. Despite DPCNY's insolvency and limited resources, Pepe engaged in a pattern of conduct by which he directed, allowed or caused DPCNY to make payments to various third parties with respect to his own, his wife's and/or the Other Entities' debts, obligations and expenses to the exclusion and detriment of DPCNY and its creditors.

14. During the four-year period before and ending on the Appointment Date (the "**4-Year Period**"), DPCNY made various transfers in the form of payments in the aggregate amount of $1,895,592.19 (collectively, the "**Chase Transfers**") to Chase on account of charges incurred with respect to credit cards issued by Chase to Pepe, the Other Entities or other third parties.

15. The Chase Transfers were made by check, wire transfer or otherwise from a DPCNY bank account and are detailed on the schedule attached hereto as **Exhibit "A"** and incorporated herein by reference.

16. During the 4-Year Period, DPCNY made various transfers in the form of payments in the aggregate amount of $236,388.81 (collectively, the "**Wells Fargo Transfers**" and together, with the Chase Transfers, the "**Transfers**") to Wells Fargo on account of charges incurred with respect to credit cards issued by Wells Fargo to Pepe, the Other Entities or other third parties.

17. The Wells Fargo Transfers were made by check, wire transfer or otherwise from a DPCNY bank account and are detailed on the schedule attached hereto as **Exhibit "B"** and incorporated herein by reference.

18. Many if not all of the Transfers were made on account of expenses incurred and/or owed by Pepe, his wife, the Other Entities or other third parties, and not DPCNY.

## COUNT ONE
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### (N.J.S.A. §§ 25:2-25(a) and 25-2-26)
### (Against Chase)

19. The Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs 1 through 19 as if fully set forth herein.

20. DPCNY made the Chase Transfers without receiving any, or reasonably equivalent, value in exchange therefor.

21. The Chase Transfers were made with the actual intent to hinder, delay and defraud any of DPCNY's then existing and future creditors pursuant to N.J.S.A. §§ 25:2-25(a) and 25:2-26 in that, *inter alia*: (i) such transfers were made for the benefit of an insider and/or for little or no consideration; and (ii) DPCNY concealed such transfers from its creditors and/or was or became insolvent shortly after such transfers were made.

22. On the dates the Chase Transfers were made, DPCNY was engaged or about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation or intended to, or believed or should have believed that it would, incur debts beyond its ability to pay as they became due.

23. DPCNY was insolvent within the meaning of N.J.S.A. § 25:2-23 on the dates the Chase Transfers were made or became insolvent as a result of making such transfers.

24. The Chase Transfers were made by DPCNY within four years of the Appointment Date.

25. The Chase Transfers are fraudulent as to all then existing and future creditors within the meaning of N.J.S.A. § 25:2-25(a).

26. The Plaintiff may recover the value of the Chase Transfers from Chase pursuant to N.J.S.A. §§ 25:2-2, *et seq*.

**WHEREFORE**, the Plaintiff respectfully requests the entry of a judgment against Chase: (i) avoiding the Chase Transfers pursuant to N.J.S.A. §§ 25:2-25(a) and 25:2-26; (ii) awarding compensatory damages to the Estate comprised of the full amount of the Chase Transfers, pre- and post-judgment interest and all other damages to be determined at trial, and costs of suit and reasonable attorneys' fees; and (iii) granting such other relief deemed equitable and just.

## COUNT TWO
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### (N.J.S.A. §§ 25:2-25(b) and 25:2-27(a))
**(Against Chase)**

27. The Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs 1 through 26 as if fully set forth herein.

28. DPCNY made the Chase Transfers without receiving any, or reasonably equivalent, value in exchange therefor.

122171963_1                                    5

29. On the dates the Chase Transfers were made, DPCNY was engaged or about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation or intended to, or believed or should have believed that it would, incur debts beyond its ability to pay as they became due.

30. DPCNY was insolvent within the meaning of N.J.S.A. § 25:2-23 on the dates the Chase Transfers were made or became insolvent as a result of making such transfers.

31. The Chase Transfers were made within four years of the Appointment Date.

32. The Chase Transfers are fraudulent as to all then-existing and future creditors within the meaning of N.J.S.A. § 25:2-25(b).

33. The Chase Transfers are fraudulent as to all creditors whose claims arose before such transfers were made within the meaning of N.J.S.A. § 25:2-27(a).

34. The Plaintiff may recover the value of the Chase Transfers from Chase pursuant to N.J.S.A. §§ 25:2-2, et seq.

**WHEREFORE**, the Plaintiff respectfully requests the entry of a judgment against Chase: (i) avoiding the Chase Transfers pursuant to N.J.S.A. §§ 25:2-25(b) and 25:2-27(a); (ii) awarding compensatory damages to the Estate comprised of the full amount of the Chase Transfers, pre- and post-judgment interest and all other damages to be determined at trial, and costs of suit and reasonable attorneys' fees; and (iii) granting such other relief deemed equitable and just.

## COUNT THREE
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### (N.J.S.A. §§ 25:2-25(a) and 25-2-26)
### (Against Wells Fargo)

35. The Plaintiff realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1 through 34 as if fully set forth herein.

36. DPCNY made the Wells Fargo Transfers without receiving any, or reasonably equivalent, value in exchange therefor.

37. The Wells Fargo Transfers were made with the actual intent to hinder, delay and defraud any of DPCNY's then existing and future creditors pursuant to N.J.S.A. §§ 25:2-25(a) and 25:2-26 in that, *inter alia*: (i) such transfers were made for the benefit of an insider and/or for little or no consideration; and (ii) DPCNY concealed such transfers from its creditors and/or was or became insolvent shortly after such transfers were made.

38. On the dates the Wells Fargo Transfers were made, DPCNY was engaged or about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation or intended to, or believed or should have believed that it would, incur debts beyond its ability to pay as they became due.

39. DPCNY was insolvent within the meaning of N.J.S.A. § 25:2-23 on the dates the Wells Fargo Transfers were made or became insolvent as a result of making such transfers.

40. The Wells Fargo Transfers were made by DPCNY within four years of the Appointment Date.

41. The Wells Fargo Transfers are fraudulent as to all then existing and future creditors within the meaning of N.J.S.A. § 25:2-25(a).

42. The Plaintiff may recover the value of the Wells Fargo Transfers from Wells Fargo pursuant to N.J.S.A. §§ 25:2-2, *et seq*.

WHEREFORE, the Plaintiff respectfully requests the entry of a judgment against Wells Fargo: (i) avoiding the Wells Fargo Transfers pursuant to N.J.S.A. §§ 25:2-25(a) and 25:2-26; (ii) awarding compensatory damages to the Estate comprised of the full amount of the Wells Fargo Transfers, pre- and post-judgment interest and all other damages to be determined at trial, and costs of suit and reasonable attorneys' fees; and (iii) granting such other relief deemed equitable and just.

## COUNT FOUR
### AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### (N.J.S.A. §§ 25:2-25(b) and 25:2-27(a))
### (Against Wells Fargo)

43. The Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs 1 through 43 as if fully set forth herein.

44. DPCNY made the Wells Fargo Transfers without receiving any, or reasonably equivalent, value in exchange therefor.

45. On the dates the Wells Fargo Transfers were made, DPCNY was engaged or about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation or intended to, or believed or should have believed that it would, incur debts beyond its ability to pay as they became due.

46. DPCNY was insolvent within the meaning of N.J.S.A. § 25:2-23 on the date the Wells Fargo Transfers were made or became insolvent as a result of making such transfers.

47. The Wells Fargo Transfers were made within four years of the Appointment Date.

48. The Wells Fargo Transfers are fraudulent as to all then-existing and future creditors within the meaning of N.J.S.A. § 25:2-25(b).

49. The Wells Fargo Transfers are fraudulent as to all creditors whose claims arose before such transfers were made within the meaning of N.J.S.A. § 25:2-27(a).

50. The Plaintiff may recover the value of the Wells Fargo Transfers from Wells Fargo pursuant to N.J.S.A. §§ 25:2-2, *et seq.*

**WHEREFORE,** the Plaintiff respectfully requests the entry of a judgment against Wells Fargo: (i) avoiding the Wells Fargo Transfers pursuant to N.J.S.A. §§ 25:2-25(b) and 25:2-27(a); (ii) awarding compensatory damages to the Estate comprised of the full amount of the Wells Fargo Transfers, pre- and post-judgment interest and all other damages to be determined at trial, and costs of suit and reasonable attorneys' fees; and (iii) granting such other relief deemed equitable and just.

Dated: March 16, 2021

**STRAFFI & STRAFFI LLC**

By: /s/
Daniel Straffi, Jr.

*Conflicts Counsel to Scott J. Freedman, Statutory Receiver for DPC New York, Inc., D.P. Consulting Corp. and DP Construction Corp.*

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, the Court is advised that Daniel Straffi, Jr. is hereby designated as trial counsel for the Plaintiff in this action.

Dated: March 18, 2021

STRAFFI & STRAFFI LLC

By: /s/
Daniel Straffi, Jr.

*Conflicts Counsel to Scott J. Freedman, Statutory Receiver for DPC New York, Inc., D.P. Consulting Corp. and DP Construction Corp.*

## CERTIFICATION REGARDING OTHER PROCEEDINGS AND PARTIES

Undersigned counsel hereby certifies, in accordance with R. 4:5-1(b)(2) that, to my present knowledge, the matters in controversy in this Complaint are not the subject of any other proceeding or contemplated action in any court or arbitration proceeding, and no other non-party who should be joined in this action pursuant to R 4:28 or is subject to joinder pursuant to R. 4:29-1 is known to the Plaintiff at this time. If any such non-party later becomes known to the Plaintiff, however, an amended certification shall be filed and served on all parties and with this Court in accordance with R. 4:5-1(b)(2).

Dated: March 16, 2021

STRAFFI & STRAFFI LLC

By: /s/
Daniel Straffi, Jr.

*Conflicts Counsel to Scott J. Freedman, Statutory Receiver for DPC New York, Inc., D.P. Consulting Corp. and DP Construction Corp.*

## CERTIFICATION PURSUANT TO RULE 1:38-7

Pursuant to Rule 1:38-7(b), I hereby certify that confidential personal identifiers have been redacted or removed from documents being submitted to the Court and will be redacted from all documents submitted in the future.

Dated: March 16, 2021

STRAFFI & STRAFFI LLC

By: /s/
Daniel Straffi, Jr.

*Conflicts Counsel to Scott J. Freedman, Statutory Receiver for DPC New York, Inc., D.P. Consulting Corp. and DP Construction Corp.*

| Exhibit "A": Transfers to JPMorgan Chase, N.A. (November 12, 2015 to November 12, 2019) | | | | |
|---|---|---|---|---|
| Payment Date | Entity | ACH/Check No. | Account No. | Amount |
| 11/16/2015 | DPC New York, Inc. | 24475 | PB x1794 | $2,189.29 |
| 12/5/2015 | DPC New York, Inc. | 25115 | PB x1794 | $9,700.45 |
| 1/5/2016 | DPC New York, Inc. | 25248 | PB x1794 | $36.61 |
| 1/5/2016 | DPC New York, Inc. | 25249 | PB x1794 | $306.00 |
| 1/5/2016 | DPC New York, Inc. | 25252 | PB x1794 | $1,333.92 |
| 1/5/2016 | DPC New York, Inc. | 25255 | PB x1794 | $5,000.00 |
| 2/4/2016 | DPC New York, Inc. | 25390 | PB x1794 | $10,000.00 |
| 2/11/2016 | DPC New York, Inc. | 25420 | PB x1794 | $15,000.00 |
| 2/12/2016 | DPC New York, Inc. | 25427 | PB x1794 | $626.61 |
| 3/4/2016 | DPC New York, Inc. | 25552 | PB x1794 | $11,226.98 |
| 3/11/2016 | DPC New York, Inc. | 25602 | PB x1794 | $1,000.00 |
| 3/23/2016 | DPC New York, Inc. | 25649 | PB x1794 | $2,000.00 |
| 4/1/2016 | DPC New York, Inc. | 25700 | PB x1794 | $42.05 |
| 4/12/2016 | DPC New York, Inc. | 25731 | PB x1794 | $21,395.11 |
| 4/13/2016 | DPC New York, Inc. | 25741 | PB x1794 | $12,000.00 |
| 4/13/2016 | DPC New York, Inc. | 25742 | PB x1794 | $3,889.03 |
| 4/27/2016 | DPC New York, Inc. | 25809 | PB x1794 | $10,000.00 |
| 5/16/2016 | DPC New York, Inc. | 25921 | PB x1794 | $1,546.56 |
| 5/24/2016 | DPC New York, Inc. | 25962 | PB x1794 | $3,292.24 |
| 6/7/2016 | DPC New York, Inc. | 26022 | PB x1794 | $2,400.00 |
| 6/7/2016 | DPC New York, Inc. | 26023 | PB x1794 | $10,000.00 |
| 6/7/2016 | DPC New York, Inc. | 26033 | PB x1794 | $2,305.60 |
| 6/29/2016 | DPC New York, Inc. | 26202 | PB x1794 | $25,000.00 |
| 7/5/2016 | DPC New York, Inc. | 26210 | PB x1794 | $18,927.14 |
| 7/8/2016 | DPC New York, Inc. | 26264 | PB x1794 | $16,445.62 |
| 7/8/2016 | DPC New York, Inc. | 26265 | PB x1794 | $4,752.76 |
| 7/16/2016 | DPC New York, Inc. | 26293 | PB x1794 | $2,264.92 |
| 7/19/2016 | DPC New York, Inc. | 26302 | PB x1794 | $25,000.00 |
| 8/4/2016 | DPC New York, Inc. | 26414 | PB x1794 | $1,000.00 |
| 8/10/2016 | DPC New York, Inc. | 26452 | PB x1794 | $7,500.00 |
| 8/16/2016 | DPC New York, Inc. | 26481 | PB x1794 | $1,524.41 |
| 8/16/2016 | DPC New York, Inc. | 26501 | PB x1794 | $12,729.86 |
| 8/22/2016 | DPC New York, Inc. | 26515 | PB x1794 | $801.38 |
| 9/2/2016 | DPC New York, Inc. | 26566 | PB x1794 | $977.00 |
| 9/9/2016 | DPC New York, Inc. | 26594 | PB x1794 | $386.00 |
| 9/15/2016 | DPC New York, Inc. | 26639 | PB x1794 | $1,785.30 |
| 9/16/2016 | DPC New York, Inc. | 26656 | PB x1794 | $8,303.13 |
| 9/22/2016 | DPC New York, Inc. | 26708 | PB x1794 | $20,000.00 |
| 9/22/2016 | DPC New York, Inc. | 26709 | PB x1794 | $14,871.61 |
| 10/4/2016 | DPC New York, Inc. | 26759 | PB x1794 | $5,000.00 |
| 10/10/2016 | DPC New York, Inc. | 26786 | PB x1794 | $5,000.00 |
| 10/13/2016 | DPC New York, Inc. | 26798 | PB x1794 | $2,319.84 |
| 10/20/2016 | DPC New York, Inc. | 26827 | PB x1794 | $960.78 |

| Exhibit "A": Transfers to JPMorgan Chase, N.A. (November 12, 2015 to November 12, 2019) | | | | |
|---|---|---|---|---|
| Payment Date | Entity | ACH/Check No. | Account No. | Amount |
| 11/4/2016 | DPC New York, Inc. | 26885 | PB x1794 | $969.00 |
| 11/10/2016 | DPC New York, Inc. | 26918 | PB x1794 | $23,001.63 |
| 11/11/2016 | DPC New York, Inc. | 26924 | PB x1794 | $1,000.00 |
| 11/15/2016 | DPC New York, Inc. | 26963 | PB x1794 | $205.56 |
| 11/22/2016 | DPC New York, Inc. | 26992 | PB x1794 | $955.93 |
| 12/5/2016 | DPC New York, Inc. | 27521 | PB x1794 | $1,000.00 |
| 12/8/2016 | DPC New York, Inc. | 27541 | PB x1794 | $10,000.00 |
| 12/13/2016 | DPC New York, Inc. | 27558 | PB x1794 | $7,463.18 |
| 12/15/2016 | DPC New York, Inc. | 27581 | PB x1794 | $9,779.34 |
| 12/22/2016 | DPC New York, Inc. | 27616 | PB x1794 | $3,721.53 |
| 1/5/2017 | DPC New York, Inc. | 27659 | PB x1794 | $5,000.00 |
| 1/10/2017 | DPC New York, Inc. | 27683 | PB x1794 | $7,000.00 |
| 1/12/2017 | DPC New York, Inc. | 27687 | PB x1794 | $17,120.82 |
| 1/19/2017 | DPC New York, Inc. | 27724 | PB x1794 | $1,000.00 |
| 1/19/2017 | DPC New York, Inc. | 27726 | PB x1794 | $500.00 |
| 2/3/2017 | DPC New York, Inc. | 27803 | PB x1794 | $5,000.00 |
| 2/7/2017 | DPC New York, Inc. | 27820 | PB x1794 | $24,957.70 |
| 2/8/2017 | DPC New York, Inc. | 27830 | PB x1794 | $7,000.00 |
| 2/16/2017 | DPC New York, Inc. | 27857 | PB x1794 | $5,000.00 |
| 2/20/2017 | DPC New York, Inc. | ACH | PB x1794 | $2,500.00 |
| 2/23/2017 | DPC New York, Inc. | 27889 | PB x1794 | $3,705.24 |
| 3/2/2017 | DPC New York, Inc. | 27924 | PB x1794 | $870.00 |
| 3/7/2017 | DPC New York, Inc. | 27937 | PB x1794 | $24,904.08 |
| 3/9/2017 | DPC New York, Inc. | 27947 | PB x1794 | $5,000.00 |
| 3/16/2017 | DPC New York, Inc. | 27965 | PB x1794 | $1,218.09 |
| 3/20/2017 | DPC New York, Inc. | 27996 | PB x1794 | $1,226.44 |
| 3/28/2017 | DPC New York, Inc. | 27040 | PB x1794 | $26,991.30 |
| 4/4/2017 | DPC New York, Inc. | 27060 | PB x1794 | $5,000.00 |
| 4/10/2017 | DPC New York, Inc. | 27107 | PB x1794 | $500.00 |
| 4/13/2017 | DPC New York, Inc. | 27135 | PB x1794 | $0.00 |
| 4/18/2017 | DPC New York, Inc. | 27126 | PB x1794 | $27,733.68 |
| 4/20/2017 | DPC New York, Inc. | 27136 | PB x1794 | $1,000.00 |
| 4/25/2017 | DPC New York, Inc. | 27069 | PB x1794 | $6,500.00 |
| 4/25/2017 | DPC New York, Inc. | 27070 | PB x1794 | $5,000.00 |
| 4/25/2017 | DPC New York, Inc. | 27161 | PB x1794 | $6,500.00 |
| 5/18/2017 | DPC New York, Inc. | 27251 | PB x1794 | $2,500.00 |
| 5/18/2017 | DPC New York, Inc. | 27266 | PB x1794 | $26,643.47 |
| 5/18/2017 | DPC New York, Inc. | 27267 | PB x1794 | $3,159.89 |
| 5/23/2017 | DPC New York, Inc. | 27270 | PB x1794 | $5,261.79 |
| 6/9/2017 | DPC New York, Inc. | 27365 | PB x1794 | $5,000.00 |
| 6/9/2017 | DPC New York, Inc. | 27371 | PB x1794 | $15,000.00 |
| 6/15/2017 | DPC New York, Inc. | 27451 | PB x1794 | $7,548.22 |

| Exhibit "A": Transfers to JPMorgan Chase, N.A. (November 12, 2015 to November 12, 2019) | | | | |
|---|---|---|---|---|
| Payment Date | Entity | ACH/Check No. | Account No. | Amount |
| 7/3/2017 | DPC New York, Inc. | 27466 | PB x1794 | $5,000.00 |
| 7/3/2017 | DPC New York, Inc. | 28094 | PB x1794 | $4,000.00 |
| 7/6/2017 | DPC New York, Inc. | 28095 | PB x1794 | $28,184.84 |
| 7/11/2017 | DPC New York, Inc. | 28157 | PB x1794 | $3,000.00 |
| 7/18/2017 | DPC New York, Inc. | ACH | PB x1794 | $2,500.00 |
| 7/21/2017 | DPC New York, Inc. | 28202 | PB x1794 | $3,309.54 |
| 7/27/2017 | DPC New York, Inc. | 28221 | PB x1794 | $17,879.39 |
| 8/4/2017 | DPC New York, Inc. | 28230 | PB x1794 | $5,000.00 |
| 8/10/2017 | DPC New York, Inc. | 28271 | PB x1794 | $5,000.00 |
| 8/15/2017 | DPC New York, Inc. | 28300 | PB x1794 | $4,154.72 |
| 8/22/2017 | DPC New York, Inc. | 28311 | PB x1794 | $3,063.24 |
| 8/24/2017 | DPC New York, Inc. | 28339 | PB x1794 | $11,099.54 |
| 9/7/2017 | DPC New York, Inc. | 28428 | PB x1794 | $5,000.00 |
| 9/11/2017 | DPC New York, Inc. | 28433 | PB x1794 | $5,000.00 |
| 9/14/2017 | DPC New York, Inc. | 28477 | PB x1794 | $1,647.80 |
| 9/21/2017 | DPC New York, Inc. | 28541 | PB x1794 | $3,553.86 |
| 9/25/2017 | DPC New York, Inc. | 28565 | PB x1794 | $22,735.86 |
| 9/25/2017 | DPC New York, Inc. | 28566 | PB x1794 | $4,300.00 |
| 10/5/2017 | DPC New York, Inc. | 28649 | PB x1794 | $2,000.00 |
| 10/10/2017 | DPC New York, Inc. | 28678 | PB x1794 | $10,000.00 |
| 10/16/2017 | DPC New York, Inc. | 28725 | PB x1794 | $1,405.01 |
| 10/18/2017 | DPC New York, Inc. | 28780 | PB x1794 | $10,000.00 |
| 10/23/2017 | DPC New York, Inc. | 28790 | PB x1794 | $3,011.03 |
| 10/23/2017 | DPC New York, Inc. | 28823 | PB x1794 | $8,952.90 |
| 10/24/2017 | DPC New York, Inc. | 28765 | PB x1794 | $5,000.00 |
| 10/24/2017 | DPC New York, Inc. | 28766 | PB x1794 | $1,840.48 |
| 11/2/2017 | DPC New York, Inc. | 28879 | PB x1794 | $33,144.36 |
| 11/2/2017 | DPC New York, Inc. | 28885 | PB x1794 | $10,000.00 |
| 11/6/2017 | DPC New York, Inc. | 28888 | PB x1794 | $13,434.31 |
| 11/16/2017 | DPC New York, Inc. | 28944 | PB x1794 | $3,000.00 |
| 11/22/2017 | DPC New York, Inc. | 29009 | PB x1794 | $10,945.00 |
| 12/5/2017 | DPC New York, Inc. | 29071 | PB x1794 | $5,000.00 |
| 12/5/2017 | DPC New York, Inc. | 29072 | PB x1794 | $5,000.00 |
| 12/5/2017 | DPC New York, Inc. | 29089 | PB x1794 | $6,000.00 |
| 12/7/2017 | DPC New York, Inc. | 29128 | PB x1794 | $29,078.95 |
| 12/14/2017 | DPC New York, Inc. | 29187 | PB x1794 | $1,512.82 |
| 1/4/2018 | DPC New York, Inc. | 29278 | PB x1794 | $1,000.00 |
| 1/8/2018 | DPC New York, Inc. | 29276 | PB x1794 | $1,185.00 |
| 1/10/2018 | DPC New York, Inc. | 29293 | PB x1794 | $32,692.73 |
| 1/12/2018 | DPC New York, Inc. | 29308 | PB x1794 | $5,000.00 |
| 1/17/2018 | DPC New York, Inc. | 29319 | PB x1794 | $3,000.00 |
| 1/24/2018 | DPC New York, Inc. | 29387 | PB x1794 | $2,259.08 |

| Exhibit "A": Transfers to JPMorgan Chase, N.A. (November 12, 2015 to November 12, 2019) | | | | |
|---|---|---|---|---|
| Payment Date | Entity | ACH/Check No. | Account No. | Amount |
| 1/31/2018 | DPC New York, Inc. | 29423 | PB x1794 | $5,000.00 |
| 1/31/2018 | DPC New York, Inc. | 29424 | PB x1794 | $10,000.00 |
| 2/5/2018 | DPC New York, Inc. | 29471 | PB x1794 | $30,971.94 |
| 2/16/2018 | DPC New York, Inc. | 29508 | PB x1794 | $3,196.45 |
| 2/23/2018 | DPC New York, Inc. | 29544 | PB x1794 | $4,677.56 |
| 2/26/2018 | DPC New York, Inc. | 29572 | PB x1794 | $35,338.79 |
| 3/12/2018 | DPC New York, Inc. | 29625 | PB x1794 | $5,000.00 |
| 3/13/2018 | DPC New York, Inc. | 29631 | PB x1794 | $38,929.92 |
| 3/14/2018 | DPC New York, Inc. | 29620 | PB x1794 | $5,000.00 |
| 3/16/2018 | DPC New York, Inc. | 29685 | PB x1794 | $192.56 |
| 3/26/2018 | DPC New York, Inc. | 29722 | PB x1794 | $2,345.34 |
| 3/27/2018 | DPC New York, Inc. | ACH | PB x1794 | $10,000.00 |
| 3/27/2018 | DPC New York, Inc. | ACH | PB x1794 | $1,131.53 |
| 4/6/2018 | DPC New York, Inc. | 29799 | PB x1794 | $5,000.00 |
| 4/12/2018 | DPC New York, Inc. | 29833 | PB x1794 | $5,000.00 |
| 5/3/2018 | DPC New York, Inc. | 29970 | PB x1794 | $6,707.54 |
| 5/4/2018 | DPC New York, Inc. | 29970 | PB x1794 | $6,707.54 |
| 5/4/2018 | DPC New York, Inc. | 29981 | PB x1794 | $54,658.26 |
| 5/7/2018 | DPC New York, Inc. | 29981 | PB x1794 | $54,658.25 |
| 5/10/2018 | DPC New York, Inc. | 30010 | PB x1794 | $5,000.00 |
| 5/18/2018 | DPC New York, Inc. | 30029 | PB x1794 | $2,000.00 |
| 5/24/2018 | DPC New York, Inc. | 30052 | PB x1794 | $4,363.74 |
| 5/31/2018 | DPC New York, Inc. | 30082 | PB x1794 | $40.86 |
| 5/31/2018 | DPC New York, Inc. | 30083 | PB x1794 | $5,000.00 |
| 6/14/2018 | DPC New York, Inc. | 30122 | PB x1794 | $39,077.90 |
| 6/18/2018 | DPC New York, Inc. | 30177 | PB x1794 | $2,000.00 |
| 7/6/2018 | DPC New York, Inc. | 30252 | PB x1794 | $2,000.00 |
| 7/12/2018 | DPC New York, Inc. | 30281 | PB x1794 | $5,000.00 |
| 7/12/2018 | DPC New York, Inc. | 30283 | PB x1794 | $29,150.85 |
| 7/17/2018 | DPC New York, Inc. | 30288 | PB x1794 | $2,222.94 |
| 7/24/2018 | DPC New York, Inc. | 30321 | PB x1794 | $2,000.00 |
| 7/30/2018 | DPC New York, Inc. | 30346 | PB x1794 | $41,911.71 |
| 8/6/2018 | DPC New York, Inc. | 30367 | PB x1794 | $5,000.00 |
| 8/13/2018 | DPC New York, Inc. | 30381 | PB x1794 | $5,000.00 |
| 8/20/2018 | DPC New York, Inc. | 30471 | PB x1794 | $40.42 |
| 8/23/2018 | DPC New York, Inc. | 30408 | PB x1794 | $3,696.41 |
| 8/23/2018 | DPC New York, Inc. | 30494 | PB x1794 | $3,988.78 |
| 9/4/2018 | DPC New York, Inc. | 30427 | PB x1794 | $1,090.08 |
| 9/4/2018 | DPC New York, Inc. | 30428 | PB x1794 | $3,500.00 |
| 9/4/2018 | DPC New York, Inc. | 30429 | PB x1794 | $2,500.00 |
| 9/6/2018 | DPC New York, Inc. | 30532 | PB x1794 | $5,000.00 |
| 9/10/2018 | DPC New York, Inc. | 30565 | PB x1794 | $2,959.08 |

| Exhibit "A": Transfers to JPMorgan Chase, N.A. (November 12, 2015 to November 12, 2019) | | | | |
|---|---|---|---|---|
| Payment Date | Entity | ACH/Check No. | Account No. | Amount |
| 9/21/2018 | DPC New York, Inc. | 30662 | PB x1794 | $41,944.55 |
| 9/26/2018 | DPC New York, Inc. | 30649 | PB x1794 | $400.00 |
| 9/26/2018 | DPC New York, Inc. | 30651 | PB x1794 | $1,638.93 |
| 10/3/2018 | DPC New York, Inc. | 30698 | PB x1794 | $2,713.25 |
| 10/10/2018 | DPC New York, Inc. | 30735 | PB x1794 | $500.00 |
| 10/17/2018 | DPC New York, Inc. | 30796 | PB x1794 | $12,000.00 |
| 10/24/2018 | DPC New York, Inc. | 30845 | PB x1794 | $400.90 |
| 11/6/2018 | DPC New York, Inc. | 30899 | PB x1794 | $2,000.00 |
| 11/7/2018 | DPC New York, Inc. | 30894 | PB x1794 | $70.88 |
| 11/13/2018 | DPC New York, Inc. | 30903 | PB x1794 | $2,000.00 |
| 11/13/2018 | DPC New York, Inc. | 30969 | PB x1794 | $6,914.98 |
| 11/15/2018 | DPC New York, Inc. | 30967 | PB x1794 | $6,914.97 |
| 11/15/2018 | DPC New York, Inc. | 30968 | PB x1794 | $6,914.97 |
| 11/16/2018 | DPC New York, Inc. | 30978 | PB x1794 | $67,012.59 |
| 11/16/2018 | DPC New York, Inc. | 30986 | PB x1794 | $1,159.59 |
| 11/21/2018 | DPC New York, Inc. | 30934 | PB x1794 | $2,885.97 |
| 11/26/2018 | DPC New York, Inc. | 30888 | PB x1794 | $7,500.00 |
| 11/27/2018 | DPC New York, Inc. | 40082 | PB x1794 | $3,828.10 |
| 12/3/2018 | DPC New York, Inc. | 40084 | PB x1794 | $4,000.00 |
| 12/4/2018 | DPC New York, Inc. | 40069 | PB x1794 | $6,070.36 |
| 12/24/2018 | DPC New York, Inc. | 40213 | PB x1794 | $53,667.52 |
| 1/7/2019 | DPC New York, Inc. | 40234 | PB x1794 | $1,647.10 |
| 1/7/2019 | DPC New York, Inc. | 40295 | PB x1794 | $500.00 |
| 1/30/2019 | DPC New York, Inc. | 40258 | PB x1794 | $6,500.00 |
| 2/5/2019 | DPC New York, Inc. | 40412 | PB x1794 | $6,500.00 |
| 2/15/2019 | DPC New York, Inc. | 40445 | PB x1794 | $1,122.36 |
| 2/25/2019 | DPC New York, Inc. | 40456 | PB x1794 | $1,476.92 |
| 3/4/2019 | DPC New York, Inc. | 40476 | PB x1794 | $5,000.00 |
| 3/4/2019 | DPC New York, Inc. | 40481 | PB x1794 | $34,489.25 |
| 3/8/2019 | DPC New York, Inc. | 40493 | PB x1794 | $31,091.99 |
| 3/18/2019 | DPC New York, Inc. | 40505 | PB x1794 | $1,000.00 |
| 3/20/2019 | DPC New York, Inc. | 40514 | PB x1794 | $40,000.00 |
| 3/25/2019 | DPC New York, Inc. | 40524 | PB x1794 | $2,388.67 |
| 3/25/2019 | DPC New York, Inc. | 40525 | PB x1794 | $5,382.22 |
| 3/25/2019 | DPC New York, Inc. | 40526 | PB x1794 | $5,000.00 |
| 3/29/2019 | DPC New York, Inc. | 40560 | PB x1794 | $30,000.00 |
| 4/9/2019 | DPC New York, Inc. | 40529 | PB x1794 | $6,972.68 |
| 5/15/2019 | DPC New York, Inc. | ACH | JPMC x6308 | $1,620.72 |
| 5/16/2019 | DPC New York, Inc. | ACH | JPMC x6308 | $60,000.00 |
| 5/30/2019 | DPC New York, Inc. | 104 | JPMC x6308 | $2,000.00 |
| 5/30/2019 | DPC New York, Inc. | 105 | JPMC x6308 | $605.91 |
| 6/6/2019 | DPC New York, Inc. | 109 | JPMC x6308 | $4,057.10 |

| Exhibit "A": Transfers to JPMorgan Chase, N.A. (November 12, 2015 to November 12, 2019) ||||| 
|---|---|---|---|---|
| Payment Date | Entity | ACH/Check No. | Account No. | Amount |
| 6/22/2019 | DPC New York, Inc. | 164 | JPMC x6308 | $5,000.00 |
| 7/1/2019 | DPC New York, Inc. | 154 | JPMC x6308 | $223.71 |
| 7/10/2019 | DPC New York, Inc. | 155 | JPMC x6308 | $1,250.00 |
|  |  |  | Total: | $1,895,592.19 |

| Exhibit "B": Transfers to Wells Fargo Bank, N.A. (November 12, 2015 to November 12, 2019) | | | | |
|---|---|---|---|---|
| Payment Date | Entity | Wire/Check No. | Account No. | Amount |
| 2/25/2016 | DPC New York, Inc. | 25495 | PB x1794 | $6,000.56 |
| 4/25/2016 | DPC New York, Inc. | 25793 | PB x1794 | $6,432.68 |
| 5/27/2016 | DPC New York, Inc. | 25981 | PB x1794 | $4,381.57 |
| 6/24/2016 | DPC New York, Inc. | 26146 | PB x1794 | $5,658.02 |
| 7/22/2016 | DPC New York, Inc. | 26321 | PB x1794 | $4,275.56 |
| 8/25/2016 | DPC New York, Inc. | 26529 | PB x1794 | $3,511.12 |
| 9/16/2016 | DPC New York, Inc. | 26658 | PB x1794 | $3,071.71 |
| 11/22/2016 | DPC New York, Inc. | 26993 | PB x1794 | $6,829.34 |
| 2/27/2017 | DPC New York, Inc. | 27904 | PB x1794 | $1,000.00 |
| 3/16/2017 | DPC New York, Inc. | 27978 | PB x1794 | $5,000.00 |
| 4/25/2017 | DPC New York, Inc. | 27152 | PB x1794 | $8,535.25 |
| 5/25/2017 | DPC New York, Inc. | 27284 | PB x1794 | $3,963.51 |
| 7/25/2017 | DPC New York, Inc. | 28213 | PB x1794 | $6,000.00 |
| 8/28/2017 | DPC New York, Inc. | 28344 | PB x1794 | $1,000.00 |
| 8/28/2017 | DPC New York, Inc. | 28345 | PB x1794 | $419.27 |
| 9/25/2017 | DPC New York, Inc. | 28560 | PB x1794 | $2,000.00 |
| 10/26/2017 | DPC New York, Inc. | 28830 | PB x1794 | $269.00 |
| 11/16/2017 | DPC New York, Inc. | 28943 | PB x1794 | $3,000.00 |
| 12/28/2017 | DPC New York, Inc. | 29251 | PB x1794 | $2,000.00 |
| 1/24/2018 | DPC New York, Inc. | 29413 | PB x1794 | $2,454.46 |
| 2/15/2018 | DPC New York, Inc. | 29513 | PB x1794 | $2,500.00 |
| 3/12/2018 | DPC New York, Inc. | Wire Transfer | PB x1794 | $101,399.96 |
| 3/26/2018 | DPC New York, Inc. | 29756 | PB x1794 | $2,500.00 |
| 4/26/2018 | DPC New York, Inc. | 29916 | PB x1794 | $5,000.00 |
| 5/24/2018 | DPC New York, Inc. | 30066 | PB x1794 | $5,000.00 |
| 6/25/2018 | DPC New York, Inc. | 30205 | PB x1794 | $3,000.00 |
| 7/27/2018 | DPC New York, Inc. | 30348 | PB x1794 | $2,000.00 |
| 8/28/2018 | DPC New York, Inc. | 30519 | PB x1794 | $2,000.00 |
| 9/5/2018 | DPC New York, Inc. | 30533 | PB x1794 | $3,093.40 |
| 9/27/2018 | DPC New York, Inc. | 30689 | PB x1794 | $3,093.40 |
| 10/25/2018 | DPC New York, Inc. | 30855 | PB x1794 | $2,000.00 |
| 11/13/2018 | DPC New York, Inc. | 30933 | PB x1794 | $5,000.00 |
| 12/20/2018 | DPC New York, Inc. | 40230 | PB x1794 | $5,000.00 |
| 1/9/2019 | DPC New York, Inc. | 40238 | PB x1794 | $3,500.00 |
| 2/28/2019 | DPC New York, Inc. | 40459 | PB x1794 | $3,000.00 |
| 3/18/2019 | DPC New York, Inc. | 40504 | PB x1794 | $1,000.00 |
| 4/9/2019 | DPC New York, Inc. | 40531 | PB x1794 | $5,000.00 |
| 5/16/2019 | DPC New York, Inc. | 40536 | PB x1794 | $2,500.00 |
| 6/13/2019 | DPC New York, Inc. | 114 | JPMC x6308 | $3,000.00 |
| 7/24/2019 | DPC New York, Inc. | 195 | JPMC x6308 | $1,000.00 |
| | | | Total: | $236,388.81 |